case of the morning is four ten zero seven five zero San Jose Stasi. For the appellant Mr. Kepley, for the appellant Mr. Tagg, you may proceed. Thank you, your honors. Good morning and may it please the court and counsel. My name is Brett Kepley, counsel for the appellant. We are here today on the question of under Illinois trust law, does section 11 of the Trustees Act, is that to be narrowly interpreted so that only beneficiaries who are entitled to payment at the time that they request an accounting are the only ones who can ask for an accounting of a trustee under a trust? Or should the act be interpreted that if you are merely a vested remainderment under the trust, can you ask for an accounting? As a practical matter, if we decide this case, whichever way we decide this case, has your client actually gotten the information that is needed? By that I mean to say, unless the stuff that is presented with summary judgment is disputed, I understand the legal principle in it, there might be, she might not get it on a regular basis. I understand that, that would be a benefit, but in terms of the information received, it's almost as if the court said they've provided an accounting which proves she don't need an accounting. The response to that is we would suggest they did not improve or did not provide the indicia of an accounting. It's a reporting to the government, but used in this context as basically a self-serving statement. You fill out information on that tax return. Do we have any body of proof to support what you are asserting in those papers? So it's presumed to be true, but everybody knows that people fudge on their tax return. Exactly. So your position would be, this case has importance for your tomorrow and for the law of the state of Illinois. Precisely, absolutely, and that's why it's critical. As cited in the brief, however, there has been prior case law, certainly in the second district, and I think again in the third district. I didn't cite it in the brief, the case Whalen v. Whalen, which came out in 1991, which also held under a common law, a vested remainder may ask for an accounting. The principal case was Bullis v. DuPage Trust Company, the 1979 case from the second district, and they held that a vested remainder is entitled to an accounting, and you do not have to be entitled to a payment of sums at the time that you ask for the accounting. And that is critical, because that is precisely what we have in this instance, where the trustee herself is the primary beneficiary, gets paid X amount per month, there's a second estate by a person called Ruth Barnes, supposed to get X amount per month, and then Carol Stassi, again the trustee gets to have her taxes and insurance paid, and then it says any excess income is then distributable to my client amongst other beneficiaries. So they raise the defense, well there's no excess income, therefore you're not entitled to an accounting. And that is precisely what got rejected in the Bullis case, which had a son that had applied for an accounting. There was a prior life state of his dad. He was living, he was the primary beneficiary. The court said even though the dad was getting all the money and no money was entitled to be paid to the son at the time of the accounting, that makes no difference. The son was a vested remainder. And so the question becomes, is my client a vested remainder? When you look at Illinois law, it's pretty clear, a vested remainder is broadly interpreted. You've got to have full identity. Yes, we're not future unborn, this is Lisa Sanders, she's alive and well, and we name all the other beneficiaries in the trust. So we have identity, we have specific limitations on the prior estates, in other words there's specific money amounts to be to the remainder. So we have both of those elements. And so the postponement of the enjoyment of the, shall we say, the remainder in the state of Lisa Sanders, is only based on the existence of a pre-existing estate. And as the Illinois Supreme Court has said, that does not be the best, the postponement of the prior estate is for the convenience of the property. So we have specific money amounts of income to be distributed, that's for the benefit of preserving the property of the estate. The statute, 11A, seems to look at income beneficiaries. Who are the income beneficiaries in this case? The income beneficiaries would be all of the individuals named in the trust, which would be Carol Stassi, the Ruth Barnes estate, which shows to be paid a certain amount per month, and then we have all the others, Lisa Sanders. They are all income beneficiaries because they are to be paid income from the estate. Not paid out of the corpus, but the income. When the trustee is to be paid trustee's fees, that makes her an income beneficiary? No, that would not be income beneficiary. That would be an administrative expense. Income is money generated by the trust to be paid to a named beneficiary. And the $100 per month to Ruth Barnes, does that make her an income beneficiary? That would be an income beneficiary, yes. And the utilities incurred and expenses incurred by the defendant, that makes her an income beneficiary? Yes, it would. Can that come out of income or principal? The trust, I think, limited it to income. The principal is only distributed when the trust is terminated. There is a provision in there for liquidating the corpus of the trust. So, if there was no income, in a particular year, Ruth Barnes wouldn't get her $100? Quite possibly, yes. Is Ruth Barnes still alive? No, and I think she assigned her interest and now Ruth Barnes, in any event, is deceased. And under the trust, her provision, her share was distributed pro rata amongst the other beneficiaries, including Carol Stassi and Lisa Sanders and some other Stassi children. The $100 per month was divvied up among the other people? Under the trust, that's what it would do upon her death. Mr. Kepley, can I ask you a question? Section 11A of the Act talks about the accounting and then BOLUS is based on the common law right of an accounting. Are those two parallel remedies still or did 11A incorporate the common law? You know, that's an interesting point, because the Whelan case from the 3rd District cited Section 11, but they went on and they said, well, under common law, a vested materman has a right to account. And it is interesting, at the time of the BOLUS and Whelan, Section 11 was there with that language that says they shall annually provide an accounting to beneficiaries then entitled to receive income of the trust estate. Why didn't you base your complaint then on the common law, right to an accounting, instead of strictly on 11A? We could. Quite frankly, the reading of 11A is simply, I would suggest, a statutory articulation of the common law, which is often done by the General Assembly. There's law that's out there, they want to put it on paper. Make darn sure that that law does not disappear because of the vagaries of succeeding generations of appellate benches that might have a different view on something. It's written here. You keep the appellate court from screwing it up, is that what you're saying? Shall we say a difference of attitude in succeeding generations, different times, that give different tastes to different appellates. But here, it's pretty clear that been entitled to receive, and you add this to it, or receiving the income from the trust estate. Now, if you are only entitled to an accounting because you're entitled to get paid right then and there at the time you request the accounting, why do we have both of those phrases? Then entitled to receive, or receiving. Why don't we just say receiving income from the trust estate, you're entitled to an accounting. How about this answer to that? Of course, there's no problem if the trustee is going ahead and making the payments. But if the trustee is not making the payments, if the trustee is cheating the beneficiaries, you need to have an accounting in that situation. And so, in that situation, if the beneficiaries are then entitled to receive, but they are not receiving, isn't that what the statute was designed to cover? In other words, yes. It's broad. It's broader than just merely is the person getting paid or supposed to be paid at the moment he asks for the accounting. That's why you do have that doubling. We're going to make it a little bit broader. We're going to make it clear. At the time that the Bullis v. DuPage case came out in 1979, they only had the language, then entitled to receive, or those beneficiaries eligible to have benefits. By the time the Whelan case came out in 1991, and obviously now, they had then entitled to receive, or receiving the income from the trust estate. Or if not, then those beneficiaries eligible to have benefit of the income. So I think it's broadly written, and the court must keep in mind what is the ultimate point or policy behind a broad interpretation of that language. The point is this. How do we keep trustees accountable? Well, through an accounting. You have to keep the hammer over their head. And if you take that away and say, the only persons that can ask for an accounting are those persons that should be paid at that moment that they requested, it takes away the hammer quite a bit. Because now, you could have the trustee say, if they were asked for an accounting, no, you're not entitled to any payment at this time, therefore you're not entitled for me to provide my indicia. I don't have to provide you with my bills and show you what the income is and all of that. It's kind of like in the movie Stalag 17, when William Holden, the prisoner, is ferrying out a German double agent, an American POW, named Price, played by James Arness, and says, yeah, Price, you're always security. You're always watching over other people. But who watches security? And that's exactly the question that this court would be confronted with. Actually, it's played by Peter Graves, James Arness's brother. That's right. That's his brother. Not to be too specific. That's exactly right. Peter Graves, who gets ended up shot in the compound. Well, we don't want to shoot Carol Stassi in the compound, but we are going to demand that she, as security, needs to be watched over. And how you do that is you have a reading that not just people entitled to payment at the time of the request are the only ones that have standing. It should be any vested remainder. And that's a policy that has been enunciated, as cited in the brief, in many other states, Washington, Indiana, Iowa. But we wouldn't even have to worry about the right of a vested remainder in this case, because your client is an income beneficiary if there's sufficient income to pay. Exactly. And I don't think the other side is suggesting that we're not vested. The argument is simply that, in the interpretation, under the facts of the case, we just don't have standing at this moment to request the accounting. What would be required in this case to give an accounting? I mean, what... What would be a satisfactory... What effort and what... Which would be, I take it, an expense to the trust? It could be. It could be if it... Yeah, the statute itself says showing the receipts, showing the disbursements, showing inventory of the estate. And I think there's also common law cases that flush that out. You've got to have... If you're going to say, we built onto the house, well, fine, give me the contractor's bill. Let me see the contract for that. Bought a new mower? Fine, let me see the ticket from Kmart, or wherever it is that you're claiming. So here there's some commercial property in the trust? Yeah. So it might be... I think the lease payments have gone up. Could be. Like to see the lease. Like to see the lease. Because that ought to mean more income is flowing in. Well, the answer might then be, yes, but that money was spent on improvements to the commercial property, which, you know, so it was a wash. Right. And then so, okay, let's see the bills for what you spent that washed out that income. So let's see the leases. Let's see your bills. I don't want to see a tax return telling me that you had bills. That's nothing more than a statement that you had bills. Let's see the bills. Let's see the leases. So we can verify what the income and expenses are, so that this hammer will stay over the trustee's head to make sure that there was no foul play or negligent play by the trustee. That's the policy purpose behind an accounting. Is the trustee here required to exercise business judgment in doing anything other than receiving income from these properties? Well, yes, as a fiduciary, I think there's fiduciary duties. Well, but I mean specific duties as far as you know. Under the trust. Does it require an engaged, interactive trustee who's really doing a lot or is it somebody who gets some paper and, you know, tries to do a balance sheet at home like we do our checkbook and then... Yeah, the trust simply says the trustee shall manage the property, the corpus, and then make the distributions of income as follows. And you have your schedule. So that's what the trust itself requires. Now, buttressing that is all of the common law of fiduciary duties. You could have, I know half the law library is filled on trust cases with mismanagement of fiduciary duties. Well, but your client knows what's in the trust. They know, yeah, there's the corpus. They know what the corpus is. So knowing what the corpus is, one would expect that somebody's got, maybe all parties have an understanding. They're thinking to themselves, wow, there ought to be more money coming in. You can have that suspicion. Well, is that the view of your client or is this a general concept that, gosh, entitled to an accounting, so I'd like to have one? Yep, the concept is we haven't had one in a while. We'd like to get caught up. Because that's the other thing on Section 11. You ask why not do a common law. Section 11 mandates an accounting every year. It says at least annually shall furnish the beneficiaries that are entitled to an accounting. So therein lies the deal. That's the real hammer. That's how you watch security and make sure that they are doing their job properly. Particularly when you have the corpus as commercial income. Boy, you can have massive fluctuations of issues from year to year on something like that. And that leads to the, we've touched on it, on the second issue here was the summary judgment proper. Let's presume that the statute or the common law should be read that only the person entitled to payment at the time of requesting accounting. Was there sufficient evidence proffered by the defendant in the motion for summary judgment that would allow the awarding of summary judgment and as I've suggested in the brief, merely filing your affidavit that says there's no excess income, as defined by the trust, available to you. And here are my tax returns saying that's self-serving statements. Reasonable minds could differ. If you put that in front of a jury, the jury might say, you know, that defendant is not very credible to me and I don't believe what they say about in their testimony or in their affidavit. And if you can have reasonable minds that could differ on even undisputed facts, summary judgment would not be appropriate. And that is what we would suggest here. So for the reasons stated, we would ask the court that the summary judgment be reversed and the matter remanded for further proceedings. Thank you. Thank you. We'll hear from you on rebuttal. My police court counsel, my name's Mike Tagg and I'm going to argue for the trustee in this case. Mr. Kepley has argued today before you, I believe, a different case than actually was framed by his plea. He kept referring to when a beneficiary asks, there is some duty to respond. There's nowhere in his complaint that there was ever a request by Lisa Sanders to the trustee to provide anything. The issue was framed in paragraph 7 of the complaint in which the allegation was that Carol Stacey has failed and neglected to make any excess income payments to the plaintiff. So situations that common sense would suggest it's been 10 years since we've had any accounting from the estate. There's been income from the property. We know there's been expenses. We're just not sure whether there's excess income or not. Give us something to set our mind at ease. Nowhere in the record does that situation exist. Why didn't you just go ahead and provide an accounting? Well, because that's the question. The question is, in the absence of a request. Well, certainly the lawsuit was a request. And once the lawsuit was filed, we answered the complaint and said there was no excess income and we provided evidentiary materials in the nature of the accountings that the bookkeeping that was done by this Are you willing to do that annually in the future? I believe that there's no reason not to provide what exists at that point in the future. I don't understand what you're fighting over then. Well, the fact that there was the lawsuit that was brought and the question 11A partially answers is that people that are receiving income then or entitled to receive income then, get the automatic reporting. So that partially answers the question of who's entitled to an accounting now. Now, when someone asks, like in the Bullis case under the common law, are there circumstances where beneficiaries other than... Well, it's like the next door neighbor saying, well, if you would have asked, I wouldn't have minded if you trimmed the trees. But now that you've gone ahead and trimmed them, I'm going to file a lawsuit. I mean, I don't understand once the complaint is filed, if there's no reason not to give an accounting, why not give the accounting and save the Circuit Court of Champaign County and this Court from reviewing an appeal where we're asked to construe a statute which arguably can be read both ways. And I don't know that we're in this case and in this context where now 11 years have gone by without an accounting, are we doing a service to the law by resolving the case? And obviously we're going to, but... We believe we provided the accounting by providing them the tax returns with the affidavit that all of the revenues and expenses were reported in those tax returns. But Carol Stassi is saying through you if you'd have asked I would have provided. And Lisa Sanders I guess is saying I don't have to ask or I didn't think you'd answer me so I filed a lawsuit. And then they're at odds and counsel are each expending dollars to resolve what? Well, I guess to resolve this interpretation of 11A or to determine whether or not the common law as reflected in Polis But I think you've suggested to Justice Cook that there'd be no reason not to provide this information in the future. I take it that would be no matter how we decide the case. Absolutely, because now that we know that this result could happen the tax returns are done every year. Those are provided if there are specific questions relative to those returns or specific requests for supplemental information that goes in the return. You're absolutely right. Why wouldn't we give that information rather than going through Judge Jones and potentially coming back to you folks? So you agree you're required under Section 11A to file an annual accounting? No. What I'm saying is that once circumstances are brought to the attention of certainly the court that would trigger a Polis type of inquiry the question is what information does a beneficiary reasonably need and the Polis case specifically summed it up that basically said Polis was which I think we can read as a beneficiary is entitled to such information as would be reasonably necessary to enable him to enforce his rights under the trust. Now I think if I were in your shoes if somebody asked for certain information you don't have to go to court and file a lawsuit and say I'm asking by my allegations in the complaint but when someone asks for information the trustee has to say is that the type of information that would be reasonable for you to determine whether your rights under the trust are being fulfilled provide that information and then I suppose if there's disagreements that's what the court is for. Why do you say you are not required to file an annual accounting under section 11A? Because that's not what the statute says if we had to file an annual report the statute would say rather than only the income beneficiaries then entitled to receive or receiving the income get the report it would say every beneficiary So you say that Sanders is not a beneficiary then entitled to receive income? Why not? Because it wasn't the income after the payment of those people in the first year they were entitled to it. But how does she know that if there's no accounting to it? How can she determine whether she's entitled to the income unless the trustee gives her an accounting? That's when the Bullis common law comes in and she's entitled to information on request to make that determination. You use the word information Mr. Kepley has already indicated I don't know why anyone would be skeptical about tax return but he's suggesting that's not quite enough There are things documents probably behind the tax return and I don't know if it's difficult to provide those or what extra burden it is those would provide more information and perhaps give more assurance or greater security to potential income beneficiaries if they had that Is that the kind of information that would be provided or do you think that if left to your own devices on the annual basis you would provide just what was provided here on summary judgment? I think that what I would provide is what the trustee actually had the tax returns Mr. Kepley then says what about the checkbook? Can we see the checkbook? Why can't he see the checkbook? There would seem to be no reason why he couldn't see the checkbook If he said I want to see the leases Why can't he see the leases? So I think that when we get into specific facts there could be other things that would go into that scrutiny but we don't have that in this case There was no attempt to file counter affidavit to the allegation or the specific statement in the affidavit that the tax returns reflect the revenue and expenses. They could have filed a request to produce checks records. They could have taken the deposition of the trustee to argue that well the tax returns might be wrong with doing nothing to advance that theory in the litigation. I think it's just you can't do that You say well there's some stuff there that may show something different Why wasn't that done in light of those specific statements? So I think Let me ask you this about section 11a again. You're saying that there's no right to an accounting under section 11a because Sanders did not show there was any excess income? That there was enough income to make her a currently entitled to receive income? Correct. Let me give you this hypothetical. Suppose you had a simple trust where A is the income beneficiary and the trustee says I'm not going to provide you an annual accounting because the trustee's fees consumed all the income. Is that a legitimate argument? Then what you do under BOLUS No, I'm asking you about 11a Under 11a the second provision of that says it says or if none those entitled to receiving income or if none then those beneficiaries eligible to have the benefit of the income. So you would say in that situation that I gave there's no one entitled to receive income? Correct. So all the trustee has to do is say I used it all up on my trustee's fees. There's nobody entitled to receive income. That seems to me to wipe out the words entitled to receive income. We never know who's entitled to receive income until the trustee says that somebody's entitled to receive income. The information that the beneficiary would be entitled to in that instance is okay, what's in the trust? If the trust only has a $500 savings bond then perhaps under BOLUS that is sufficient information relative to what is there. If there's unproductive property that might answer that question too. Our argument is not that a beneficiary and of course every beneficiary that has an ultimate interest at best is going to be entitled to an accounting at the time of distribution. Maybe that's ten years worth of accounting. But the question is as to right now for each year that goes by, who should the trustee be required to give unless there is a request and then you have to look at the factual circumstances to determine what information reasonably should be provided so that the beneficiary is assured that their rights under the trust agreement are protected. Do you think that we should read the statute and the common law together? I think that the statute provides an answer that certain people statutorily are required to receive annual accounts. Other people are entitled to accounting based upon the circumstances of the case, the trust, the parties. So I believe that the common law supplements the mandatory reporting in the statute under those circumstances. And obviously if nobody ever asks, that's a significant factor as to the reporting to those not receiving income. If there are circumstances where at a certain level income may be available as in this case and you look at certain data first look at the income tax returns if the beneficiary doesn't believe that they are sufficient then I think that reasonable requests for additional information have to be determined on a case-by-case basis. I was a trial judge for 12 years. That was a long, long time ago. But I remember probate. And I can safely say, though I don't know much about charts and graphs, that if it were to be charted the greatest number of problems arose in those probate cases, whether it involved the will or the trust were the span of time between accountings or appropriate action group. It was always that case where somebody didn't do what they were supposed to within a reasonable time frame and then it went beyond that. Then all of a sudden there were litigation expenses. A decade is a long time to wait for, and I understand the part about the request, but even our mutual funds and our insurance companies give us more information than that. I guess I'm saying it's a matter of public policy. Why isn't it a good thing to encourage accounting? And the legislature, I suppose, could have said every three years every beneficiary gets a report because that's desirable and I wouldn't quarrel with that. But that's not what the legislature did. So we look at does the statute make a requirement that it be done automatically or at some interval other than ten years? And if not, what does the common law provide? And the fullest pronouncement says that information upon request should be provided so that the rights of the beneficiaries can be protected. Thank you. Thank you. Rebuttal, Mr. Kepley? Real quick. The point of going with Section 11 so we don't have to constantly be sending requests is, well, we never got a request. Well, as you point out, certainly lawsuits are requests, but Section 11 requires annual or not less than annual reporting. And finally also on this thing about the tax returns, tax return accounting is not the same as trust accounting. Depreciations are different. So it's a different science. It's a different bunch of technical aspects. Mr. Kepley, did you never ask for an accounting? Did your client never ask? No, Your Honor. Why not? Why don't you just send a letter and say we'd like an accounting? Well, I'll tell you what. Let's reverse summary judgment and then we'll get into that issue back with the trial court. I'm just looking at it from a practical point of view because I you know, because so many years went by and there was no accounting and nobody requested an accounting. It's one thing to request it and be refused it, but to never have requested it at all. Well, they're family members and maybe everything was kosher until things were not kosher. But I mean, you went ahead and filed a lawsuit which is much more... That means things are not very kosher. Right. Don't know, Judge. I wouldn't have... We wouldn't have suspected. That's what you're more agitating than to just simply ask for an accounting. I understand. You're asking questions that are pertinent but perhaps not at this particular narrow time. You know, Section 11A, you're trying to figure out what it's talking about. It seems to me they have a concern for income beneficiaries. And I know sometimes there are nuisance requests for accountings. Sometimes you have a trust agreement or whatever that involves many, many beneficiaries. It seems to me 11A distinguished between say, a remainderment. Say you had a situation where A received the income for 25 years and then everything went to B. A, I think, gets a annual account or can request an annual account. B has no right under 11A. Even though B is eventually going to receive some income perhaps, he is not a beneficiary then entitled to receive income. Is that your understanding of 11A? No, Judge. That is not. I think 11A is to be broadly interpreted. The General Assembly has thrown all of the chalk at the wall to make sure they cover everything. So you think it's hypothetical B might even be entitled to the income? Absolutely. So somebody gets an annual report under 11A. You have to basically be a beneficiary. The question is who do you mail it to? Do you mail it to the current income beneficiaries or do you mail it to everybody including potential beneficiaries or remainderment who would only take 25 years down the road? Yes, it's going to be if you fall within that statute then by George you are entitled to the account. So 11A talks about who gets it not about whether accounting is made. Thank you, Your Honors.